**Order filed September 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01120-CV
_____

**HIDALGO INTERNATIONAL, INC., Appellant**

**V.**

**SARA WOLKOWITZ, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-45506**

# O R D E R

Appellant was granted three extensions of time to file its brief until July 15, 2013**.** No brief or further motion for extension of time has been filed.

Unless appellant files its brief with the clerk of this court on or before **September 23, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM